54 N.J. 565 (1969)
NEW JERSEY TURNPIKE AUTHORITY, PLAINTIFF-RESPONDENT,
v.
H. JEROME SISSELMAN, ET AL., DEFENDANTS-PETITIONERS.
NEW JERSEY TURNPIKE AUTHORITY, PLAINTIFF-RESPONDENT,
v.
BERGEN COUNTY ASSOCIATES, ET AL., DEFENDANTS-PETITIONERS.
The Supreme Court of New Jersey.
October 14, 1969.
Mr. Walter Henry Jones and Mr. Henry Ramer for the petitioners.
Mr. Grover C. Richman, Jr. for the respondent.
Denied.